Frank McGlinn, appellee, v. Deep Rock Oil Corporation, appellant. Gen. No. 36,196.

Opinion filed March 6, 1933.

H. P. Reynolds, for appellant.   Jacob Kosbie, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.

Loretta R. Farwell, appellee, v. J. Arthur Farwell, appellant.   Gen. No. 36,212.

Opinion filed March 6, 1933.   Rehearing denied March 20, 1933.
Mayer, Meyer, Austrian & Platt, for appellant.   Hopkins, Starr & Godman, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.

Joseph R. Von Kesler, appellant, v. Ning Eley, appellee.   Gen. No. 36,293.

Opinion filed March 6, 1933.   Rehearing denied March 20, 1933.
Banks, Crane & Slater, for appellant; Martin Crane, of counsel. Edward R. Johnston and Kenneth G. Meyer, for appellee; Edward J. Fleming, of counsel.
Mr. Justice O'Connor delivered the opinion of the court.

Alphonse Mercier, appellant, v. Gerard A. Connor, administrator of the estate of Leontine Kiszewski, deceased, appellee.   Gen. No. 36,315.

Opinion filed March 6, 1933.

Nat M. Kahn, for appellant.   Rathje & Connor, for appellee; William A. Cannon, of counsel.
Mr. Justice O'Connor delivered the opinion of the court.